**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| NELSON ESTRADA<br><br>*Plaintiff*,<br><br>v.<br><br>ARAGON ADVERTISING, LLC<br><br>*Defendant*. | Case No.: 4:23-cv-3407 |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE, that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff, Nelson Estrada, by counsel, will serve the attached subpoena seeking the production of documents from Lead Intelligence, Inc. d/b/a Jornaya.

Dated: May 6, 2024

Respectfully submitted,

**ELLZEY & ASSOCIATES, PLLC**

*/s/ Jarrett L. Ellzey*

Jarrett L. Ellzey
Texas Bar No. 24040864
jarrett@ellzeylaw.com
Leigh S. Montgomery
Texas Bar No. 24052214
leigh@ellzeylaw.com
Alexander G. Kykta
Texas Bar No. 24107841
alex@ellzeylaw.com
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing document was electronically filed the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on May 6, 2024.

K. Patrick Babb
Texas Bar No. 24077060
Fox Rothschild LLP
Saint Ann Court
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
Phone: (972) 991-0889
pbabb@foxrothschild.com

**—AND—**

David Levin *(pro hac vice)*
SD Bar No. 5535
The Law Office of David M. Levin
1719 W. Main Street, #525-D102
Rapid City, South Dakota 57702
Phone: (605) 585-2472
david@davidlevinesq.com

***Attorneys for Aragon Advertising, LLC***

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| Nelson Estrada<br>*Plaintiff*<br>v.<br>Aragon Advertising, LLC<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 4:23-cv-03407 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: **Custodian of Record, Lead Intelligence, Inc. d/b/a Jornaya, 1101 E. Hector Street, Suite 230, Conshohocken, PA 19428 Tel: (267) 460-7287, c/o Capital Corporate Services, Inc., 1111B, S. Governors Ave., Dover, DE 19904: Tel: (302) 736-1777**

*(Name of person to whom this subpoena is directed)*

x *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached Document Requests in Exhibit 2.

| Place: **Ellzey & Associates, PLLC<br>1105 Milford Street<br>Houston, Texas 77006** | Date and Time:<br>**May 27, 2024 10:00 a.m.** |
|---|---|

❐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ______________

*CLERK OF COURT*

________________________ OR **/s/Jarrett L. Ellzey**

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ______________ , who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 4:23-cv-03407

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________________
on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ____________________
______________________________________________________________________
______________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________________
______________________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ________________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________________
*Server's signature*

______________________________________
*Printed name and title*

______________________________________
*Server's address*

Additional information regarding attempted service, etc.:

Print Save As... Add Attachment Reset

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# EXHIBIT 1

JORNAYA

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Jornaya ("Jornaya") hereunder - including, e.g., the Jornaya Web site, 3rd Party TCPA Guardian, 1st Party Privacy Guardian, Visual Playback, and the processes used by Jornaya in providing the service - are the exclusive property of Jornaya and its licensors. Jornaya's Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using theservice and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Jornaya's express prior written approval.

JORNAYA

# Guardian TCPA Report

**Prepared for Python Leads LLC**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Jornaya?**

Jornaya provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Jornaya's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Jornaya's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Jornaya does not buy or sell leads; we help to verify what happened at the lead event.

**How does Jornaya help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

JORNAYA

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 19BA4655-88EF-3A27-F9C2-A557D6843D5E |
| Event Date | 11/16/2022 |
| Event Time | 02:27:09 PM EST |
| IP Address | 73.55.147.124 |
| Location (as indicated by IP address) | Houston,TX |

| Disclosure Information: | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | LAST UPDATED MAY 31, 2022 THIS IS A SOLICITATION FOR INSURANCE. BY CLICKING THE "SUBMIT" BUTTON BELOW YOU ARE PROVIDING YOUR EXPRESS CONSENT BY ELECTRONIC SIGNATURE TO BE CONTACTED BY SECURE MEDICARE ENROLLMENT AND OUR MARKETING PARTNERS VIA: AUTOMATED TELEPHONE DIALING SYSTEMS, ARTIFICIAL OR PRERECORDED VOICES, BY EMAIL, SMS TEXT MESSAGE OR LIVE AGENT TO THE PHONE NUMBER PROVIDED REGARDING TELEMARKETING PROMOTIONS FOR PRODUCTS OR SERVICES (INCLUDING MEDICARE ADVANTAGE PLANS, MEDICARE PART D PRESCRIPTION DRUG PLANS, MEDICARE SUPPLEMENT INSURANCE PLANS AND/OR PRODUCTS THAT MAY OR MAY NOT BE COVERED BY YOUR MEDICARE INSURANCE BUT MAY BE OF INTEREST TO YOU). YOUR PHONE CARRIER'S MESSAGE AND DATA RATES MAY APPLY. PLANS ARE INSURED OR COVERED BY A MEDICARE ADVANTAGE ORGANIZATION WITH A MEDICARE CONTRACT AND/OR A MEDICARE-APPROVED PART D SPONSOR. ENROLLMENT IN THE PLAN DEPENDS ON THE PLAN’S CONTRACT RENEWAL WITH MEDICARE. WE DO NOT OFFER EVERY PLAN AVAILABLE IN YOUR AREA. ANY INFORMATION WE PROVIDE IS LIMITED TO THOSE PLANS WE DO OFFER IN YOUR AREA. PLEASE CONTACT MEDICARE.GOV OR 1–800–MEDICARE (24 HOURS A DAY/7 DAYS A WEEK) TO GET INFORMATION ON ALL OF YOUR OPTIONS. I UNDERSTAND I CAN REVOKE THIS CONSENT AT ANY TIME AND CONSENT IS NOT REQUIRED AS A CONDITION OF PURCHASE. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

JORNAYA

**Visual Playback Link:**

https://vp.leadid.com/playback/19BA4655-88EF-3A27-F9C2-A557D6843D5E?key=1668626830032

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

# EXHIBIT 2

# ATTACHMENT

**Topic 1:** The document attached hereto as Exhibit 1 including how it was generated.

**Topic 2:** The process used to capture the information contained in Exhibit 1.

**Topic 3:** Whether you issued a token or similar indicator of prior express written consent to Aragon Advertising, LLC in connection with the lead contained in Exhibit 1 and the process used to issued that token or indication of consent.

**Topic 4:** The identity of the website from which the report attached hereto as Exhibit 1 was generated.

**Topic 5:** Your process and procedures for confirming a consumer's provision of prior express written consent to receive telephone calls with respect to the report contained in Exhibit 1.