**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NELSON ESTRADA** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CASE NO. 4:23-cv-3407** |
| | § | |
| **ARAGON ADVERTISING, LLC, et al.** | § | |
| ***Defendant.*** | § | |

**DEFENDANTS ARAGON ADVERTISING, LLC AND PYTHON LEADS, LLC'S EXPERT DISCLOSURES**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Aragon Advertising, LLC and Python Leads, LLC (collectively referred to as "Defendants") provides the following Expert Disclosure.

1. Michael Harvey
   Munsch Hardt Kopf & Harr, P.C.
   700 Milam Street, Suite 800
   Houston, Texas 77002
   mharvey@munsch.com
   Phone (713) 222-4015

Mr. Harvey may testify regarding the reasonableness and necessity of the attorneys' fees incurred by the parties in the above-styled action. His opinions are based on his knowledge, experience, and training as an attorney licensed in and practicing in the State of Texas and his familiarity with customary fees charged by such attorneys in Texas and Harris County based on the complexity and novelty of the issues involved. In connection with his testimony, Mr. Harvey will have reviewed the entire case file, the court's file, all discovery, pleadings, trial preparation work, trial work, the documents and testimony produced in the case, and all other relevant and pertinent documents regarding attorney's fees incurred. Mr. Harvey will consider the following factors (1) the time and labor required, the novelty and difficulty of the questions involved, and

the skill required to perform the legal service properly; (2) the likelihood that the acceptance of the particular employment will preclude other employment by the lawyer; (3) the fee customarily charged in the locality for similar legal services; (4) the amount involved and the results obtained; (5) the time limitations imposed by the client or by the circumstances; (6) the nature and length of the professional relationship with the client; (7) the experience, reputation, and ability of the lawyer or lawyers performing the services; and (8) whether the fee is fixed or contingent on results obtained or uncertainty of collection before the legal services have been rendered. Mr. Harvey will testify as to the reasonableness of the hourly rate and number of hours billed by all counsel after Mr. Harvey has had an opportunity to review all legal invoices to determine the nature of the work performed and the rates and fees charged. Mr. Harvey is licensed to practice law in the State of Texas and has been representing clients in civil litigation for approximately 17 years. He is an equity shareholder at Munsch Hardt Kopf & Harr, P.C. Based upon his experience, Mr. Harvey is familiar with the usual, customary and reasonable charges in handling matters of this nature. Mr. Harvey's background and qualifications to render an expert opinion concerning the reasonableness of attorneys' fees requested in this action are set forth in his biographical statement available at: https://www.munsch.com/Professionals/Michael-Harvey.

A copy of Mr. Harvey's biography and qualifications is attached hereto as Exhibit A.

## ADDITIONAL DISCLOSURES AND DESIGNATIONS

Defendants designate and reserve the right to solicit testimony from any expert witness designated by any party and solicit testimony as if designated by Defendants.

To the extent any witness is not specially retained but has specialized knowledge, Defendants designate that witness to the extent they have knowledge and expertise that may benefit and assist the jury.

Defendants reserve the right to supplement or/or amend these designations if additional information or evidence becomes known as discovery progresses in this matter. This disclosure is based upon information currently available to Defendants and is made with a good faith effort to provide the disclosures anticipated by the Federal Rules of Civil Procedure and this Court's Order.

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Michael A. Harvey*
**Michael A. Harvey**
State Bar No. 24058352
**Earl L. Ingle**
State Bar No. 24097234
700 Milam Street, Suite 800
Houston, Texas 77002
Phone: (713) 222-4075
Fax: (713) 222-1475
mharvey@munsch.com
eingle@munsch.com

**ATTORNEYS FOR DEFENDANTS ARAGON ADVERTISING, LLC AND PYTHON LEADS, LLC**

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendants certify that the foregoing document has been filed with the Court and served upon all known counsel of record via the Court's electronic case filing system and/or by email on this 14th day of February, 2025.

Jarrett L. Ellzey
jarrett@ellzeylaw.com
Leigh S. Montgomery
leigh@ellzeylaw.com
Alexander G. Kykta
alex@ellzeylaw.com
1105 Milford Street
Houston, Texas 77006

-and-

Jacob U. Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Avenue
Ambler, PA 19002
jginsburg@creditlaw.com

***Attorneys for Plaintiff and those similarly situated***

*/s/ Michael A. Harvey*
Michael A. Harvey