MUNSCH HARDT

# Michael A. Harvey

Shareholder / Houston

## OVERVIEW

Michael is an experienced commercial litigator and trial lawyer who focuses his practice on defending clients in complex commercial disputes in federal and state courts and arbitration. He represents clients in contract disputes, consumer litigation, business torts, Fair Labor Standards Act (FLSA) Wage and Hour, Title VII, Chapter 21, family and medical leave, sexual harassment, pregnancy discrimination, non-competition and confidentiality agreements.

With respect to his consumer litigation practice, Michael has extensive experience representing retail companies, credit and mortgage lending institutions, as well as other related consumer finance entities. Specifically, he has represented clients in matters involving federal and state consumer protection statutes, including the Telephone Consumer Protection Act (TCPA), Texas Debt Collections Act (TDCA) and Federal Fair Debt Collections Practices Act (FDCPA) in state court, federal court and arbitration. He also works with clients to develop TCPA-compliant processes and policies.

Michael also spends a considerable amount of time consulting with and advising clients on commercial and employment practices and policies. In this respect, Michael worked in a secondment position as in-house counsel for an international placement company.

## EDUCATION

University of Oklahoma College of Law, J.D.

- Graduated with Distinction
- *American Indian Law Review*

Baylor University, B.A., *cum laude*

## ACHIEVEMENTS

*Thomson Reuters* – Texas Rising Stars (2015-2017)

## MEMBERSHIPS

ACA International

Down Syndrome Association of Houston (Board of Directors and Legal Counsel)

Honorable Garland R. Walker American Inn of Court (Barrister)

Houston Bar Association, Labor and Employment and Litigation Sections

State Bar of Texas, Labor and Employment Law Section



**D.** 713.222.4015
**E.** mharvey@munsch.com

## RELATED PRACTICES

**Litigation**

- Antitrust
- Arbitration
- TCPA + Consumer Litigation

**Labor & Employment**

- Covenants Not to Compete
- Employment Litigation
- FLSA
- OSHA
- Trade Secrets

## RELATED INDUSTRIES

Construction

Energy

Financial Services

Retail

Transportation

**EXHIBIT A**