**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NELSON ESTRADA,** *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**ARAGON ADVERTISING, LLC and PYTHON LEADS, LLC,**<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:23-cv-3407 |

**<u>NOTICE OF SETTLEMENT</u>**

TO THE CLERK AND HONORABLE JUDGE HANEN:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement as to Plaintiff's individual claims. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 19, 2025

*<u>/s/ Jacob U. Ginsburg</u>*
Jacob U. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
(267) 468-5374
jginsburg@creditlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all parties of record via the CM/ECF system.

Dated: September 19, 2025

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq.