Case 4:23-cv-03407   Document 54   Filed on 09/26/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NELSON ESTRADA | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-3407 |
| | § | |
| ARAGON ADVERTISING, LLC, *et al* | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached. (Doc. No. 53). Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next sixty days.

SIGNED this 26th day of September 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE