Case 4:23-cv-03407   Document 56   Filed on 11/21/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NELSON ESTRADA | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-3407 |
| | § | |
| ARAGON ADVERTISING, LLC, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal with Prejudice filed on November 6, 2025 (Doc. No. 55), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED on this 21st day of November 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE